DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARL TIANI** and **MARIA BELEM,**
Appellants,

v.

**FRONTLINE INSURANCE UNLIMITED COMPANY,**
Appellee.

No. 4D2023-0639

[April 25, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE21-013085.

Robin F. Hazel of Hazel Law, P.A., Hollywood, for appellants.

Elizabeth K. Russo of Russo Appellate Firm, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***